```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF ALABAMA
                        SOUTHERN DIVISION
```

SHARON R. MAIBEN, :
:
    Plaintiff, :
:
v. : CIVIL ACTION 07-0287-M
:
MICHAEL J. ASTRUE, :
Commissioner of :
Social Security, :
:
    Defendant. :

### JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Plaintiff Sharon R. Maiben and against Defendant Michael J. Astrue.

DONE this 30th day of November, 2007.

                                      s/BERT W. MILLING, JR.
                                    UNITED STATES MAGISTRATE JUDGE